# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELFINO CARDENAS MACHADO,<br><br>             Petitioner,<br><br>     v.<br><br>MRS. CONNIE GIBSON, (WARDEN),<br><br>             Respondent. | NO. CV 11-9805-CBM (MAN)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: 11/15/2012.

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE